730 A.2d 958

Kenna Dee STILLWAGGON, Robert Stillwaggon and Angino Rovner, P.C., Appellees,

v.

COMMONWEALTH of Pennsylvania, the PENNSYLVANIA MEDICAL CATASTROPHE LOSS FUND, Appellant.

Supreme Court of Pennsylvania.

May 21, 1999.

### ORDER

PER CURIAM:

AND NOW, this 21 st day of May, 1999, the decision of the Commonwealth Court in the above-captioned case is AFFIRMED. The Petition for Leave to Intervene by PHICO Insurance Company is DENIED.